**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**AUG 6 2004**

**PATRICK FISHER**
**Clerk**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

DAOUDA TOURE,

        Petitioner,

v.

JOHN ASHCROFT,

        Respondent.

No. 04-9570
(BIA No. A77-779-185)
(Petition for Review)

**ORDER AND JUDGMENT** *

Before **SEYMOUR** , **EBEL** , and **MURPHY** , Circuit Judges.

After examining the briefs and appellate record, this panel has determined

unanimously that oral argument would not materially assist the determination of

this appeal.  *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G).  The case is

therefore ordered submitted without oral argument.

On July 16, 2004, we directed petitioner Daouda Toure to show cause

within fourteen days why his petition for review should not be dismissed for lack

---

*     This order and judgment is not binding precedent, except under the
doctrines of law of the case, res judicata, and collateral estoppel.  The court
generally disfavors the citation of orders and judgments; nevertheless, an order
and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

of jurisdiction. On July 21, 2004, the government filed a motion to dismiss. Petitioner's response to our show cause order was due by July 30, 2004. Having received no response, we hold that we lack jurisdiction over petitioner's petition for review for the reasons set out in our July 16 order. Accordingly, the motion to dismiss is GRANTED, and the petition for review is DISMISSED for lack of jurisdiction.

ENTERED FOR THE COURT
PER CURIAM